FILED & JUDGMENT ENTERED
Steven T. Salata

June 11 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **OZARK PARTNERS, INC.,** | ) | Case No. 21-30195 |
| | ) | |
| Debtor. | ) | |

## ORDER CONFIRMING CHAPTER 11 SUBCHAPTER V PLAN

This cause came before the Court on May 26, 2021 to consider confirmation of the *Plan of Reorganization* (the "Plan") [Doc. 21], filed by Ozark Partners, Inc. (the "Debtor"). James S. Livermon, III, Esq. appeared for United Bank; Michael L. Martinez, Esq. appeared as the Subchapter V trustee; Richard S. Wright, Esq. appeared for the Debtor; and Alexandria P. Kenny, Esq. appeared for the United States Bankruptcy Administrator for the Western District of North Carolina. Based upon a review of the record, the evidence presented, and the arguments of counsel, the Court finds and concludes as follows:

1. The Debtor timely transmitted the Plan and an appropriate ballot conforming to Official Form No. 314 to its creditors, equity security holders, and all other parties in interest.

2. The confirmation hearing was held on due and proper notice to all interested parties.

3. The only class of creditors in which ballots were cast voted to accept the Plan.

4. No objections to the Plan were filed or otherwise received.

5. All applicable requirements for consensual confirmation of the Plan set forth in 11 U.S.C. §§ 1129(a) and 1191(a) have been met.

6. Confirmation of the Plan is in the best interests of the Debtor, its estate, its creditors, and all other parties in interest.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED that:**

1. The Plan is confirmed;

2. As provided in Section 6.1 of the Plan, the Reorganized Debtor will be responsible for all distributions under the Plan and the Trustee's duties shall be terminated upon substantial consummation of the Plan;

3. The Court shall enter a separate order upon the Debtor's application to appoint Iron Horse Commercial Properties, LLC as Estate Broker pursuant to Section 7.1 of the Plan;[1]

4. To the extent any findings of fact in this Order constitute conclusions of law, and *vice versa*, they are adopted as such; and

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation, interpretation, and enforcement of this Order and/or the Plan.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|

---

[1] Capitalized terms not otherwise defined in this Order have the meanings assigned in the Plan.