# Exhibit A

## Moon, Wright & Houston, PLLC
121 West Trade Street Suite 1950
Charlotte, NC 28202

Ph:704-944-6560   Fax:704-944-0380

October 6, 2021

Ozark Partners, Inc.
PO Box 848
Lowell, NC  28098

Client number   10736
**Attention:**   c/o Jennifer Beal, President
Inv  #:   6959

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-21 | Prepared certificate of service; electronically filed; served fee order (.20) | 0.20 | 30.00 | AM |
| Sep-06-21 | Draft MWH Fee Application. | 0.20 | 36.00 | SLM |
| Sep-07-21 | Call with client regarding monthly reporting and plan distribution issues (.2). | 0.20 | 65.00 | CB |
| | Served fee application (.10) | 0.10 | 15.00 | AM |
| | Prepared certificate of service; electronically filed with monthly status report; served status report (.20) | 0.20 | 30.00 | AM |
| | Electronically file MWH Fee Application. | 0.10 | 18.00 | SLM |
| Sep-08-21 | Work on case closing matters and claims issues (.5); emails with CB regarding same (.2). | 0.70 | 385.00 | RSW |
| | Email RSW regarding plan distributions (.2). | 0.20 | 65.00 | CB |
| Sep-09-21 | Call with Beal counsel regarding case status (.3); email with CB regarding case closing matters (.1). | 0.40 | 220.00 | RSW |
| | Call with client regarding case wind-up (.1); call with client regarding debtor's bank accounts (.1); review and analyze issues related to wrap up of case and creditor distributions (.4); email RSW regarding case wind-up (.1). | 0.70 | 227.50 | CB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-15-21 | Draft distribution motion (2.5). | 2.50 | 812.50 | CB |
| Sep-16-21 | Review updated claims analysis and case closing issues (.5); email with CB regarding same (.1). | 0.60 | 330.00 | RSW |
|  | Text client regarding case status (.1); prepare final claims analysis (.9). | 1.00 | 325.00 | CB |
| Sep-17-21 | Email with CB regarding claims distributions (.1); related call (.2). | 0.30 | 165.00 | RSW |
|  | Draft motion to close case and finalize claims analysis (2.1); draft email to RSW regarding final creditor distributions (.2). | 2.30 | 747.50 | CB |
| Sep-20-21 | Draft motion to close case (1.2). | 1.20 | 390.00 | CB |
| Sep-21-21 | Calls with CB and SLM regarding claims review (.3); email with SLM regarding same (.1); call with KJ regarding Beal claims (.2); email with KJ regarding same (.1); followup call with CB regarding same (.2). | 0.90 | 495.00 | RSW |
|  | Call with RSW regarding distributions to creditors (.1); update motion to close case and exchange emails with RSW and SLM regarding same (1.1). | 1.20 | 390.00 | CB |
|  | Review claims analysis. | 0.10 | 18.00 | SLM |
| Sep-22-21 | Emails with SLM and CB regarding claims analysis (.1); call with KJ regarding same (.1); followup email to KJ (.1). | 0.30 | 165.00 | RSW |
|  | Email RSW and SLM regarding claims analysis (.1). | 0.10 | 32.50 | CB |
| Sep-24-21 | Work on claim distribution issues (.4); text with CB regarding same (.1). | 0.50 | 275.00 | RSW |
| Sep-27-21 | Draft and upload Fee Order. | 0.10 | 18.00 | SLM |
| Sep-28-21 | Prepared certificate of service; electronically filed; served fee order (.10) | 0.10 | 15.00 | AM |
| Sep-29-21 | Call with counsel for real estate purchaser regarding plan and closing questions (.4); call with broker regarding same (.2). | 0.60 | 330.00 | RSW |
| Sep-30-21 | Emails to Iron Horse regarding plan documents (.2). | 0.20 | 110.00 | RSW |

|  |  | 15.00 | $5,710.00 |
|---|---|---|---|
| Totals |  |  |  |

## TIME SUMMARY

| Name |  | Rate | Hours | Amount |
|---|---|---|---|---|
| Richard S. Wright | RSW | $550.00 | 4.50 | $2,475.00 |
| Caleb Brown | CB | $325.00 | 9.40 | $3,055.00 |
| Amy Murray | AM | $150.00 | 0.60 | $90.00 |
| Shannon L. Myers | SLM | $180.00 | 0.50 | $90.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-01-21 | Postage | 3.18 |
| Sep-07-21 | Postage | 4.38 |
|  | Postage | 3.18 |
| Sep-24-21 | Postage | 1.59 |
| Sep-28-21 | Postage | 3.18 |
| Sep-30-21 | PACER Charges | 1.40 |
|  | Copies | 20.60 |
| Totals |  | $37.51 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$5,747.51** |
| Previous Balance | 19,906.58 |
| Previous Payments | 19,906.58 |
| **Balance Now Due** | **$5,747.51** |

We appreciate the opportunity to serve you.  Payment is due upon receipt.