IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **OZARK PARTNERS, INC.,** | ) | Case No. 21-30195 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF OPPORTUNITY FOR HEARING**
(**No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed**)

PLEASE TAKE NOTICE that Moon Wright & Houston, PLLC ("MWH"), counsel for the above-referenced Debtor, has filed an *Interim and Final Application for Allowance of Compensation and Reimbursement of Expenses for the Period from April 9, 2021 through September 30, 2021* (the "Application").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Application. You should read the Application carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses, if any, must be filed on or before **THURSDAY, OCTOBER 21, 2021** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose it in any way, you MUST:

(1)     File a formal, written a response with the Bankruptcy Court at:

   Clerk, United States Bankruptcy Court
   Charles Jonas Federal Building
   401 West Trade Street
   Charlotte, North Carolina 28202

(2)     Serve a copy of your response on all parties in interest, including:

   U.S. Bankruptcy Administrator
   402 West Trade Street
   Charlotte, NC 28202

   Richard S. Wright
   Moon Wright & Houston, PLLC
   121 W. Trade Street, Suite 1950
   Charlotte, NC  28202

MWH: 10736.001; 00025184.2

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held before The Honorable Laura T. Beyer at the United States Bankruptcy Court, Charles Jonas Federal Building, LTB Courtroom 2A, 401 West Trade Street, Charlotte, North Carolina on **WEDNESDAY**, **OCTOBER 27, 2021 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
October 7, 2021

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 W. Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10736.001; 00025184.2